## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| MICHAEL  LILLARD, | ) | |
| KAREN  LILLARD, | ) | |
| JENISSE  LILLARD, | ) | |
| JEFFREY  LILLARD, | ) | |
| | ) | No. 4:16-cv-00135-TWP-TAB |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL  HANSEN, | ) | |
| SUE VINJE TRUCKING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY ON JURISDICTION

On July 18, 2016, the Plaintiffs filed a Complaint which fails to allege all of the facts necessary to determine whether this Court has subject matter jurisdiction.  The Complaint alleges that this Court has jurisdiction based upon diversity of citizenship, however, the notice of removal fails to sufficiently allege the citizenship of the parties.  Citizenship is the operative consideration for jurisdictional purposes.  *See Meyerson v. Harrah's E. Chi. Casino*, 299 F.3d 616, 617 (7th Cir. 2002).

In particular, the Complaint alleges that the parties are "resident[s]" of Florida and Minnesota.  This allegation of residency is not sufficient to allow the Court to determine whether diversity jurisdiction exists.  *See McHanon v. Bunn-O-Matic Corp.*, 150 F.3d 651, 653 (7th Cir. 1998) ("[a]n allegation of residence is inadequate"); *Meyerson*, 299 F.3d at 617 ("residence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction").  In addition, the Complaint fails to allege the state of incorporation of Defendant Sue Vinje Trucking, Inc.

To remedy these deficiencies, the Plaintiffs shall file a supplemental jurisdictional statement to sufficiently establish this Court's jurisdiction over this case. The Plaintiffs' statement must accurately identify the citizenship of the parties and the state of incorporation. The Plaintiffs' supplemental jurisdictional statement is due **fourteen (14) days** after the date of this entry.

**SO ORDERED.**

Date: 8/1/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Frederick William Schultz
GREENE & SCHULTZ
fred@greeneschultz.com